Robertson v. Standart and Another.

APPEAL from the Fountain Circuit Court.                   Thursday,
                                                           June 15.
Per Curiam.—Assumpsit upon a promissory note.   Judg-
ment for the plaintiff below.

The only error complained of is the refusal of the Court
to continue the cause upon affidavit.    The case was gov-
erned by the act of 1843.

There was no error in this.    The affidavit was palpably
defective.

The judgment is affirmed, with 1 per cent. damages and
costs.

D. Newell, for the appellant.

H. S. Lane and S. C. Willson, for the appellees.

---

Lewadag v. The State.

ERROR to the Jefferson Circuit Court.                     Thursday,
                                                           June 15.
Per Curiam.—Indictment for retailing, found in 1850.
Motion to quash overruled.    Plea, not guilty.    Clear proof
of the offence.    No license shown.    Conviction and fine.
There is no brief in the case.

The judgment is affirmed with costs.

J. R. Troxell, for the plaintiff.

D. S. Gooding, for the state.